**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

December 5, 2025

**VIA ECF & ELECTRONIC MAIL**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Carlos Orense Azocar*, 21 Cr. 379 (VSB)

Dear Judge Broderick:

      As the Court knows, I represent Mr. Carlos Orense Azocar in the above-captioned matter. Sentencing is presently scheduled for December 10, 2025. I respectfully request that the proceeding be adjourned for approximately sixty days to a date convenient for the Court. The government does not consent to this request.

      Mr. Orense Azocar has recently been in communication with additional attorneys regarding potential supplementary representation. These discussions are ongoing but not yet finalized, and additional time will allow for clarity as to what role, if any, these attorneys may assume.

      Given the 40-year mandatory minimum sentence Mr. Orense Azocar faces, and the fact that a sentencing submission has already been filed on his behalf, an adjournment of this length would not prejudice any party. While sentences may, in certain circumstances, be modified after entry of judgment, we submit that the more prudent and least prejudicial course is to adjourn sentencing briefly so that these matters can be responsibly evaluated and, if appropriate, presented to the Court in an organized and accurate manner.

      For these reasons, we respectfully request that the Court adjourn sentencing for sixty days to permit Mr. Orense Azocar to finalize arrangements with the attorneys he is consulting. Thank you for the Court's attention and consideration of this request.

Respectfully submitted,

Eylan Schulman

cc: AUSA's Kaylan Lasky and Kevin Sullivan